IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DIMAS ALEXEI HERRERA
MORALES,

             *Petitioner*,

v.

BLANCHE, *et al.*,

             *Respondents*.

§
§
§
§
§
§
§
§
§
§
§

No. 1:26-CV-01379-DAE

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Dimas Alexei Herrera Morales' ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. #

1), and Federal Respondents'[1] Response (Dkt. # 6). The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on**

**Tuesday, June 9, 2026**, Petitioner shall file supplemental briefing with answers to

the following questions:

1. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here.

---

[1] Federal Respondents include Todd Blanche, United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; and Miguel Vergara, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement.

1

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 2, 2026.

David Alan Ezra
Senior United States District Judge